UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NIKOLAY SLOBODA,

                Plaintiff,

    v.

DOC GOVERNMENT,

                Defendant.

Case No. C16-1705-RSM

ORDER DISMISSING CIVIL RIGHTS COMPLAINT

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint and this action are DISMISSED, without prejudice, under 28 U.S.C. § 1915(e)(2)(B); and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 17 day of January 2017.

                                            RICARDO S. MARTINEZ
                                            CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1